BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00059 LJO |
| Plaintiff, | STIPULATION REGARDING REASSIGNMENT OF JUDGES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RANDAL D. GAMBELL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant has two active cases in the Eastern District of California: a Supervised Release Violation (Case No. 1:09-cr-00241 AWI) before the Honorable Anthony W. Ishii, and this case, a new law violation, before the Honorable Lawrence J. O'Neill.

2. By this stipulation, the parties request to reassign the latter case to Judge Ishii and Magistrate Judge Barbara A. McAuliffe so that the matters can be heard on the same court calendars, with the supervised release violation trailing the new law violation.

3. By this stipulation, defendant now also moves to set Case No. 1:14-cr-00059 for a status

conference on June 9, 2014 before Judge McAuliffe, and to exclude time between April 11, 2014, and June 9, 2014, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes investigative reports and physical evidence. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　b) Counsel for defendant desires additional time to consult with her client, review the current charges, conduct investigation, and review discovery.

　　c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　d) The government does not object to the continuance.

　　e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

　　f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2014 to June 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

must commence.

    IT IS SO STIPULATED.


Dated:  April 11, 2014                                                    BENJAMIN B. WAGNER
                                                                       United States Attorney

                                                                      /s/ MEGAN A. S. RICHARDS
                                                                      MEGAN A. S. RICHARDS
                                                                      Assistant United States Attorney


Dated:  April 4, 2014                                                                  /s/ ANN McGLENON
                                                                      ANN McGLENON
                                                                      Counsel for Defendant
                                                                      Randal D. Gambell


**FINDINGS AND ORDER**

IT IS SO ORDERED.

    Dated:  **April 15, 2014**                               **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE