BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS.   1:14-CR-00059 AWI BAM |
| --- | --- |
| Plaintiff, | 1:09-CR-00241 AWI BAM |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| RANDAL DAVID GAMBELL, | DATE: June 9, 2014 |
| Defendant. | TIME: 1:00 p.m. |
|  | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, these matters were set for status on June 9, 2014 at 1:00 p.m.

2.   By this stipulation, defendant now moves to continue the status conference for both matters until July 28, 2014, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, and to exclude time between June 9, 2014, and July 28, 2014, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

a)   The government has produced discovery to the defendant.

b)   Counsel for defendant desires additional time to review the discovery and conduct further investigation. In addition, counsel for the defendant will be out of state at a work conference on June 9.

1

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2014 to July 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 14, 2014                                BENJAMIN B. WAGNER
                                                               United States Attorney

                                                              /s/ MEGAN A. S. RICHARDS
                                                              MEGAN A. S. RICHARDS
                                                               Assistant United States Attorney

Dated:  May 14, 2014                                  /s/ ANN H. MCGLENON
                                                               ANN H. MCGLENON
                                                               Counsel for Defendant
                                                               Randal D. Gambell

**FINDINGS AND ORDER**

IT IS SO ORDERED THAT the 1st Status Conference in 1:14-cr-00059 and the 3rd Status Conference re Violation of Supervision in 1:09-cr-00241 is continued from June 9, 2014 to July 28, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 15, 2014**                   /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE