HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RANDAL GAMBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00059 AWI-BAM |
| *Plaintiff,* | STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| RANDAL GAMBELL, | DATE:  May 27, 2014<br>TIME:   10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Megan Richards, counsel for plaintiff, Assistant Federal Defender, Ann H. McGlenon, counsel for defendant RANDAL GAMBELL, that the hearing currently set for July 28, 2014 before Magistrate Judge Barbara A. McAuliffe, **may be vacated and the matter reset for a change of plea hearing May 27, 2014 at 10:00 a.m. before District Judge Anthony W. Ishii.**

The parties have reached an agreement.  The requested change of plea hearing will conserve time and resources for both counsel and the Court.  The government has no objection to this request.

The parties agree that the time until the change of plea hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 22, 2014           /s/ Megan Richards
MEGAN RICHARDS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  May 22, 2014           /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RANDAL GAMBELL


**O R D E R**

IT IS SO ORDERED.

Dated:   May 22, 2014                    _____
SENIOR  DISTRICT  JUDGE

Gambell: Stipulation to Vacate Status
Conference and Reset for Change of Plea            2