HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN MCGLENON, #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RANDAL GAMBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos.  1:09-cr-00241 AWI-1 and |
| --- | --- |
|   | )                   1:14-cr-00059 AWI-BAM-1 |
| *Plaintiff,* | ) |
|   | ) STIPULATION TO ADVANCE SENTENCING; |
| vs. | ) PROPOSED ORDER THEREON |
|   | ) |
| RANDAL GAMBELL, | ) DATE: July 7, 2014 |
|   | ) TIME:   10:00 a.m. |
| *Defendants.* | ) JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing in the above-captioned matter now scheduled for August 4, 2014, at 10:00 a.m., before Honorable Anthony W. Ishii, **may be vacated and the matter advanced to July 7, 2014 at 10:00 a.m., before the Hon. Anthony W. Ishii.**

The parties have no objection to the pre-sentence report.

///

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated:  July 2, 2014          /s/ Megan Richards
MEGAN RICHARDS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  July 2, 2014          /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RANDAL GAMBELL

**O R D E R**

IT IS SO ORDERED.

Dated:   July 2, 2014                                    
                         SENIOR  DISTRICT  JUDGE